■ In the Matter of RUTH F. ROSENBERG, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [689 NYS2d 873] —Order of suspension entered. Present—Green, J. P., Pine, Hayes, Wisner and Pigott, Jr., JJ. (Filed Mar. 9, 1999.)

■ In the Matter of NICHOLAS J. SARGENT, for Reinstatement. [689 NYS2d 873] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 3, 1999.)

■ In the Matter of STEVEN WISNIEWSKI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [689 NYS2d 873] —Order of suspension entered pursuant to 22 NYCRR 1022.19 (f) (2). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 9, 1999.)

■ In the Matter of JAMES ADAM GREER, an Attorney, Resignor. [689 NYS2d 673] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Hayes, Wisner and Callahan, JJ. (Filed Mar. 1, 1999.)

■ In the Matter of STANTON GARY LEVIN, an Attorney, Resignor. [689 NYS2d 673] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Hayes, Wisner and Callahan, JJ. (Filed Mar. 1, 1999.)

■ In the Matter of JUANA MARIA ROJAS, an Attorney, Resignor. [689 NYS2d 673] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Hayes, Wisner and Callahan, JJ. (Filed Mar. 1, 1999.)

■ In the Matter of PHILIP MICHAEL SCHNEIDER, an Attorney, Resignor. [689 NYS2d 673] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Hayes, Wisner and Callahan, JJ. (Filed Mar. 1, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KOMET L. ALEXANDER, Appellant. [689 NYS2d 874] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.— Robbery, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ. (Filed Mar. 15, 1999.)